# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>Carlos Alejandro Gonzalez-Lopez,<br><br>Defendant. | Case No. **23-cr-01881-TWR**<br><br>JUDGMENT OF DISMISSAL |

**FILED**
APR 18 2024
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☒ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☐ the Court has granted the motion of the Government for dismissal, without prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Indictment:

21:952, 960, 963 - Conspiracy to Import Methamphetamine (1); 21:952, 960 - Importation of Methamphetamine (2)

Dated: 4/18/2024

_____
Hon. Allison H. Goddard
United States Magistrate Judge